### (May 13, 1946.)

VIOLA A. DAWSON, Appellant, v. VICTOR J. DAWSON, Respondent.— In an undefended annulment action, judgment in favor of defendant unanimously

affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Aldrich and Nolan, JJ.